**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**January 18, 2008**

CASE NUMBER:  CV 07-05296 WDB
CASE TITLE:  WILLIAM E. STACK-v-LG PHILIPS LCD CO.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: January 18, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 01/18/08 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA